U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 29 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R00402)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Newton

**DISTRICT COURT NO.** 1:26-CR-0339

**MAGISTRATE CASE NO.**

X Indictment
DATE: July 29, 2026

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
**vs.**
**ISIAH WASHINGTON**

GREATER OFFENSE CHARGED: X Felony Misdemeanor

**Defendant Information:**

**Is the defendant in custody?** X Yes No
**Is the defendant in custody on this charge or other conviction?** On another conviction
**Is the defendant awaiting trial on other charges?** Yes X No
**Other charges:**
**Name of institution:**

**Will the defendant require an interpreter?** Yes X No

District Judge:

Attorney: Eric Boylan
Defense Attorney: