ORIGINAL

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Isiah Washington

**Agent to Arrest**

Indictment/Information

1:26-CR-0339

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, and request that warrant be lodged as detainer, in the above-stated case.

*Eric Boylan*

Eric Boylan
Assistant United States Attorney

Filed In Clerk's Office, this ________ day of ____________, 20 ____.

______________________________
Clerk

By ______________________________
Deputy Clerk

ISSUED AND DELIVERED TO U.S. MARSHAL
July 29, 2026
BY: [signature] DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94