FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 2 0 2026

KEVIN P WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>ISIAH WASHINGTON | Criminal Action No.<br>1:26-CR-339 |

# Government's Motion for Detention

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Eric W. Boylan, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

## 1. Eligibility of Case

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee; and

A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

## 2. Reason for Detention

The Court should detain the defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

## 3. Rebuttable Presumption

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of

the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

**4. Factual Grounds for Detention**

The United States proffers that, in April 2025, Washington posted multiple threats on the social-media platform X (formerly known as Twitter), publicly threatening federal law-enforcement agencies including the FBI, CIA, and DEA.

On April 23, 2025 (the same day as the posts alleged in the Indictment):

- This is a warning to my wifes boss at whatever alphabet government agency she works at, I'm going to kill you, FBI, CIA, dea, I'm going to find out which one she works for and when I do, I'm killing you, your family and 30% of your agents, Kash, that bald head guy that I showed you is her boss and he's dead
- He's not only my wife's boss, he mentally abuses her at work, I'm going to kill this guy [*posted as a comment on a photograph of the face of victim N.D., as alleged in the indictment in this case*]
- I'm going to kill this guy [*posted as a comment on a photograph of a person who resembled victim N.D., as alleged in the indictment in this case, posted one minute after the previous post*]
- So Kash, when I find out who he is, he's dead, and so are 30% of his agents, CIA, don't ever f*** with me ever again

- So the CIA sent my wife to investigate me mfkrs, ok, y'all wanna play games
- It's on now mfkrs
- Plenty of y'all alphabet boys are going to die in the next 3weeks
- Since y'all alphabet boys wanna be my enemy, then I guess we're enemies, let's see who kills who first
- Since y'all alphabet boys wanna try me, it's on sight when I see y'all mfkrs out in the streets also, and I hope y'all are with y'all families, because they're dying also
- Maybe I'll kill y'all spouses or parents or kids in their sleep
- Everybody dies

In the midst of Washington's rant, he posted a picture of the face of a retired supervisory FBI Agent, and a second image showing a person sitting in a restaurant who appeared to be the same FBI Agent. Washington threatened to kill the FBI Agent in both posts, commenting, "I'm going to kill him," and "I'm going to kill this guy."

Moreover, Washington faces current, pending state-level charges for similar conduct. In *State of South Carolina v. Isiah Washingtion*, Docket No. 2026-GS-10-00146, (January 8, 2026), Washington is charged in Charleston County, South Carolina, with making threatening phone calls to a South Carolina Police station in June 2025 in violation of South Carlina law.

**5. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing when the defendant becomes eligible for consideration, upon release from state custody.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: August 20, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
United States Attorney

ERIC W. BOYLAN
Assistant U.S. Attorney
Ga. Bar No. 989422
Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

## Certificate of Service

I served this document today by handing a copy to defense counsel.

August 20, 2026

/s/ERIC W. BOYLAN
ERIC W. BOYLAN
Assistant U.S. Attorney